UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62028-CIV-COOKE/BANDSTRA

CLENA INVESTMENTS, INC., d/b/a
SHOPPES OF OAKLAND,

    Plaintiff,

vs.

XL SPECIALTY INSURANCE
COMPANY,

 Defendant.
_____/

    Plaintiff, CLENA INVESTMENTS, by and through its undersigned counsel, hereby files the following exhibits:

  5. EFI Global Supplemental Report, Dated August 31, 2011.

  6. VLC ONE, Inc. Report, Dated August 1, 2011.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 1st day of December, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the following:  Travis D. Watson, Howard J. Levine.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

                        /s/ Michael V. Laurato
                       MICHAEL V. LAURATO, ESQUIRE
                       Florida Bar No: 181447

AUSTIN & LAURATO, P.A.
1902 West Cass Street
Tampa, Florida 33606
(813)258-0624
(813)258-4625 Facsimile
Attorneys for Plaintiff
mlaurato@austinlaurato.com
TRIAL COUNSEL FOR PLAINTIFF